**Supreme Court**
No. 2022-364-M.P.

In the Matter of John S. Ciolli.　　　:

# O R D E R

On December 19, 2022, pursuant to Article III, Rule 13 of the Supreme Court Rules of Disciplinary Procedure for Attorneys, the respondent, John S. Ciolli, filed an affidavit with the Disciplinary Board of the Supreme Court setting forth that he is aware that he is the subject of an investigation into professional misconduct. The respondent's affidavit sets forth that he freely and voluntarily consents to disbarment, and that he is fully aware of the implications of submitting his consent. On December 30, 2022, Disciplinary Counsel filed respondent's affidavit with the Court.

Upon review of respondent's affidavit, we deem that an order disbarring respondent is appropriate.

Accordingly, pursuant to Article III, Rule 13, it is hereby ordered, adjudged and decreed that the respondent, John S. Ciolli, be and is hereby disbarred on consent from engaging in the practice of law.

The respondent is directed to comply with the mandates of Article III, Rule 15 of the Supreme Court Rules of Disciplinary Procedure for Attorneys, and within ten days after the effective date of the disbarment order, respondent shall file with the Clerk of this Court an affidavit showing:

(1) That he has fully complied with the provisions of this Order and with the requirements of Article III, Rule 15;

(2) A list of other state, federal and administrative jurisdictions to which he is admitted to practice law; and

(3) That he has served a copy of the affidavit upon Disciplinary Counsel. The affidavit shall also set forth the residence or other address where communications may thereafter be directed to respondent.

Entered as an Order of this Court this *18th* day of *January 2023*.

By Order,

/s/ *Debra A. Saunders*
Clerk



# STATE OF RHODE ISLAND

## SUPREME COURT – CLERK'S OFFICE
Licht Judicial Complex
250 Benefit Street
Providence, RI  02903

## ORDER COVER SHEET

| Title of Case | In the Matter of John S. Ciolli. | |
| --- | --- | --- |
| Case Number | No. 2022-364-M.P. | |
| Date Order Filed | January 18, 2023 | |
| Justices | Suttell, C.J., Goldberg, Robinson, Lynch Prata, and Long, JJ. | |
| Source of Appeal | N/A | |
| Judicial Officer from Lower Court | N/A | |
| Attorney(s) on Appeal | For Petitioner:<br><br>Kerry Reilley Travers, Esq.<br>Chief Disciplinary Counsel | |
| | For Respondent:<br><br>John M. Cicilline, Esq. | |